1  Joel E. Elkins (SBN 256020)
   jelkins@weisslawllp.com
2  **WEISSLAW LLP**
   611 Wilshire Blvd., Suite 808
3  Los Angeles, CA 90210
   Telephone: 310/208-2800
4  Facsimile:  310/209-2348

5  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>          Plaintiff,<br><br>     vs.<br><br>MEDALLIA, INC., LESLIE J. KILGORE, STANLEY J. MERESMAN, STEVEN C. WALSKE, ROBERT BERNSHTYN, MITCHELL K. DAUERMAN, AMY E. PRESSMAN, BORGE HALD, DOUGLAS M. LEONE, LESLIE J. STRETCH, and JAMES D. WHITE,<br><br>          Defendants. | Case No.   4:21-cv-07336-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: November 11, 2021 | **WEISSLAW LLP** |
| 2 | | By: /s/ Joel E. Elkins |
| 3 | | Joel E. Elkins |
| 4 | | 611 Wilshire Blvd., Suite 808 |
| | | Los Angeles, CA 90210 |
| 5 | | Telephone:  310/208-2800 |
| | | Facsimile:   310/209-2348 |
| 6 | | -and- |
| | | Richard A. Acocelli |
| 7 | | 305 Broadway, 7th Floor |
| | | New York, NY  10007 |
| 8 | | Telephone: 212/682-3025 |
| | | Facsimile:  212/682-3010 |
| 9 | | |
| 10 | | *Attorneys for Plaintiff* |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL